UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :            ORDER
        -against-                  :
                                   :            23 CR 498 (PKC)
TAUFIQ ABDULLAH,                   :
                                   :
                Defendants.        :
-------------------------------------------------------x

CASTEL, U.S.D.J.

There will be a conference on January 24, 2024 at 3:30 p.m. in Courtroom 11D at 500 Pearl Street, New York, New York. John P. Buza, CJA attorney is to appear at this conference as possible substitute counsel for sentencing. Samantha Chorny shall also appear. The government shall arrange for the production of the defendant.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 18, 2024