**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

May 3, 2024

<u>**VIA ECF**</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Taufiq Abdullah*, **23 CR 498 (PKC)**

Dear Judge Castel:

  I represent Taufiq Abdullah in the above-captioned proceeding. The sentencing in this matter is currently scheduled to occur on May 21, 2024, at 2:00 p.m. I write to respectfully request that the sentencing be adjourned for approximately thirty days.[1] I make this request because I am still awaiting certain documents that I intend to use in my sentencing submission. This is my first request to adjourn the sentencing and the government does not object.

Sentencing is adjourned from May 21, 2024
to June 27, 2024 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 5/3/2024

*(signature)*
P. Kevin Castel
United States District Judge

Respectfully Submitted,

/s/
_____
John P. Buza

---

[1] The government asks that if the adjournment request is granted, that it be adjourned to the week of June 24, 2024. I have no objection to a date that week.